UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

KEVIN CUZCO,

                                      Plaintiff,

-against-

The City of New York, et al.,

                                      Defendant.

------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-6014 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

~~2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.~~

Dated: New York, New York
February 22, 2017

SIEGEL TETELBAUM & EVANS LLP
*Attorneys for Plaintiff*
260 Madison Avenue, 22nd Floor
New York, NY 10016

By: _____
Sharon Vicky Sprayregen
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____  2/24/17
Suzanne Aribakan
Senior Counsel

SO ORDERED:*

_____
HON. BRIAN M. COGAN
UNITED STATES DISTRICT JUDGE

Dated: Feb. 24, 2017

---

* The Court is not going to retain jurisdiction to enforce a settlement when it does not know the terms of the agreement.